37 So.3d 962 (2010)
Carlos DAVILA, Appellant,
v.
STATE of Florida, Appellee.
No. 4D07-44.
District Court of Appeal of Florida, Fourth District.
June 16, 2010.
Rehearing Denied July 21, 2010.
Cynthia M. Curry, Fort Lauderdale, for appellant.
Bill McCollum, Attorney General, Tallahassee, and Melanie Dale Surber, Assistant Attorney General, West Palm Beach, for appellee.
*963 PER CURIAM.
Affirmed. See Vargas v. State, 34 So.3d 44 (Fla. 4th DCA 2010).
STEVENSON, HAZOURI and GERBER, JJ., concur.